STATE OF NEW JERSEY v. EDWARD KNIGHT.

October 29, 1974. Petition for certification denied.

CITY OF JERSEY CITY v. REALTY TRANSFER COMPANY.

October 29, 1974. Petition for certification granted. (See 129 *N. J. Super.* 570)

STATE OF NEW JERSEY v. THOMAS KERCHNER.

October 29, 1974. Petition for certification denied.

PROSECUTOR'S DETECTIVES AND INVESTIGATORS ASSO-CIATION OF ESSEX COUNTY v. THE HUDSON COUNTY BOARD OF CHOSEN FREEHOLDERS.

October 29, 1974. Petition for certification denied. (See 130 *N. J. Super.* 30)

THE CLERICAL AND STENOGRAPHIC EMPLOYEES v. THE COUNTY OF ESSEX.

October 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. TIMPY ORANGE.

October 29, 1974. Petition for certification denied.